# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ALEJANDRO ASCENCIO ROCHA, § <br> ESTATE OF ISIDRO MURILLO LOPEZ, § <br> JUAN PABLO LOPEZ MURILLO AND § <br> LUIS ALBERTO BOITES DIAS, § <br> Individually and on behalf of all others § <br> similarly situated, § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> LOS JALICIENSES PRIOMOS INC., § <br> d/b/a EL JIMADOR BAR & GRILL AND § <br> JUAN FRASCISCO HERNANDEZ, § <br> *Defendants*. § | | NO.   MO:23-CV-00098 |

## ORDER

Before the Court is Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 26) filed December 20, 2023. The parties agree and stipulate that Plaintiff's claims against Defendant should be dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendant, **WITH PREJUDICE**, is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein. All pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 21st day of December, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE